# Exhibit B

**| Respond to Selected Documents |** **Sort by date:** Descending Ascending **Display options:** All Entries

**09/25/2026**

**Entry of Appearance Filed**
Entry of Appearance of Caroline R. Alexander; Electronic Filing Certificate of Service.
**Filed By:** CAROLINE ALEXANDER
**On Behalf Of:** AMANDA ARNOLD, Minor Plaintiff/Petitioner

**Affidavit Filed**
Affidavit of Service-The Kansas City Southern Railway Company.
**Filed By:** STEVEN LEE GROVES
**On Behalf Of:** AMANDA ARNOLD, Minor Plaintiff/Petitioner

**Agent Served**
Document ID - 26-SMCC-11879; Served To - THE KANSAS CITY SOUTHERN RAILWAY COMPANY; Served Date - 09/23/2026; Served Time - 00:00:00; Service Type - SP; Reason Description - SERV; Service Text -

**09/22/2026**

**Summons Issued-Circuit**
Document ID: 26-SMCC-11879, for THE KANSAS CITY SOUTHERN RAILWAY COMPANY Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**09/21/2026**

**Note to Clerk eFiling**

**Filed By:** STEVEN LEE GROVES

**Motion Special Process Server**
Request for Appointment of Process Server.
**Filed By:** STEVEN LEE GROVES
**On Behalf Of:** AMANDA ARNOLD, Minor Plaintiff/Petitioner

**09/17/2026**

**Order Appt Next of Friend**
Order Appointing Next Friend SO ORDERED: JUDGE BRIAN MAY

**09/10/2026**

**Judge Assigned**
DIV 1

**Consent to Appt Next Friend**
Consent of Next FriendAmanda Arnold; Consent of MinorT[redacted]H[redacted]

**Filing Info Sheet eFiling**

**Filed By:** STEVEN LEE GROVES

**Request Filed**
Request for Appointment of Process Server.
**Filed By:** STEVEN LEE GROVES
**On Behalf Of:** AMANDA ARNOLD, Minor Plaintiff/Petitioner

**Proposed Order Filed**
Proposed Order - Application for Appointment of Next Friend.
**Filed By:** STEVEN LEE GROVES
**On Behalf Of:** AMANDA ARNOLD, Minor Plaintiff/Petitioner

**Application Filed**
Application for Appointment of Next Friend
**Filed By:** STEVEN LEE GROVES
**On Behalf Of:** AMANDA ARNOLD, Minor Plaintiff/Petitioner

**Pet Filed in Circuit Ct**
Petition.
**Filed By:** STEVEN LEE GROVES
**On Behalf Of:** AMANDA ARNOLD, Minor Plaintiff/Petitioner

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

AMANDA ARNOLD, individually,
and as custodial parent and next friend of
T[redacted] H[redacted], a minor,

Plaintiffs,

v.

THE KANSAS CITY SOUTHERN RAILWAY COMPANY d/b/a CANADIAN PACIFIC KANSAS CITY (CPKC)
Serve Registered Agent:
CT Corporation System
5661 Telegraph Rd. Ste. 4B
Saint Louis, Missouri 63129

Defendant.

Case Number:

**JURY TRIAL DEMANDED**
**Clerk to issue Summons**

## PETITION

### A. PARTIES

1. Amanda Arnold is a citizen and resident of Bossier City, Bossier Parish, Louisiana. She is the natural mother, legal custodian and guardian of T[redacted] H[redacted], a minor son age 17, who was 16 years old at the time of the occurrence made basis of this suit. T[redacted] H[redacted] lives with his mother, Amanda Arnold at the family residence.

2. Defendant Kansas City Southern Railway Company ("KCS") d/b/a Canadian Pacific Kansas City ("CPKC, KCS or defendant herein") is a domestic corporation organized under the laws of Missouri that is engaged in business as a common carrier by rail operating in interstate commerce, throughout the United States, including the states of Missouri and Louisiana. Defendant's principal place of business is in Kansas City, Missouri.

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

3. In April 2023, Defendant caused the merger, by operation of law and/or contract, with Canadian Pacific Railroad Limited to create the new combined railroad entity "CPKC."

4. CPKC/KCS is a railroad corporation engaged in business as a common carrier by rail, operating in interstate commerce throughout the United States, including the states of Missouri and Louisiana. CPKC/KCS' United States headquarters and principal place of business is located in Kansas City, Missouri.

5. The transportation equipment and train operations involved in this civil action were initiated, directed and/or controlled by Defendant, through its agents, servants, and employees acting within the scope of their authority.

**B. <u>FACTUAL BACKGROUND</u>**

6. Defendant operates a transnational rail network. Part of its system contains trackage that runs in a roughly north to south direction through Bossier Parish, Louisiana, which is part of Defendant's Alexandria subdivision. On the afternoon of February 11, 2025, T[redacted] H[redacted], a pedestrian, was struck by Defendant's locomotive while it was operating on a section of track that runs parallel to and banked uphill from Barksdale Boulevard; a multi-lane highway that runs through Bossier Parish.

7. At approximately 1:00 p.m., T[redacted] left his house to play basketball with a friend living in the next residential subdivision south off of Barksdale Boulevard. T[redacted] walked out of the entrance to his neighborhood and immediately crossed over Defendant's grade crossing at Lee Road. After crossing over the tracks, he immediately turned left (south) and continued walking on the west side of the track embankment. Barksdale Boulevard has no pedestrian sidewalk and is part of the United States Highway system.

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM




8. Approximately 900 feet south of the Lee Road Crossing, a single Locomotive #8886, struck [redacted] from behind, causing him to tumble down the embankment. [redacted] landed in the drainage ditch adjacent to Barksdale Boulevard; sustaining traumatic injuries. His presence was later reported to the local authorities by passing motorists.

9. Defendant CPKC employed, controlled and directed its employees, including the crew members, who operated and rode the locomotive. After Locomotive #8886 struck [redacted], proceeded south, the crew neither stopping to render aid, nor reporting the incident to local authorities.

10. CPKC breached its duty to avoid inflicting unnecessary, wanton or willful injury by failing to use ordinary care to prevent a severe risk of harm. [redacted] extreme peril was known, or reasonably should have been known, to the locomotive crew by use of normal, ordinary care.

## I. <u>FIRST CAUSE OF ACTION: NEGLIGENCE</u>

11. Paragraphs 1-10 of this Petition are incorporated herein as if restated verbatim.

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

12. In addition to the actions or omissions previously set forth, Defendant CPKC, and/or its officers, employees or agents, engaged in the following negligent acts and omissions and breached its duty to use reasonable care in one or more of the following particulars:

a. Failed to keep a lookout for pedestrians moving alongside the tracks directly in front of its locomotive's path of movement; and

b. Failed to warn T[redacted] H[redacted] of the locomotive's approach from behind him; and

c. Failed to stop its locomotive after T[redacted] H[redacted] was visible or should have been visible to its crew, and by failing to stop and render aid; and

d. Failed to sound the locomotive bell, horn, whistle or similar device, prior to and while entering the Lee Road Crossing as required by 49 C.F.R.§222.21, et seq; or alternatively in failing to use a horn that produced the minimum audible sound profile required by 49 C.F.R. 229.129(a), et seq; and

e. Failed to follow its own rules, standards and guidelines regarding the warning of vulnerable pedestrians moving alongside railroad tracks; and

f. Failed to adequately train its employees to protect and alert vulnerable pedestrians moving or occupying space alongside the railroad tracks; and

g. Despite being aware of prior motorist and/or pedestrian injuries on the same rail corridor running parallel to Barksdale Boulevard, by failing to post warnings at crossings and other walking paths frequented by pedestrians, including minors and others; and

h. Failed to inspect and observe that its elevated right of way, uphill from a busy roadway containing no pedestrian walkway or sidewalk, constituted an attractive nuisance to minors and other pedestrians.

13. Defendant breached its duty of care to protect pedestrians, such as T[redacted] H[redacted], when his perilous situation became known, or should have become known through ordinary diligence, and thereby willfully or wantonly caused injury after the risk of severe bodily harm or death became foreseeable.

14. As a direct and proximate result of CPKC's negligence in causing or contributing to cause the incident of February 11, 2025, described herein, Plaintiff T[redacted] H[redacted], sustained severe

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

bodily injury in at least in the following particulars; concussion with brain bleed, skeletal trauma requiring multiple surgeries, traumatic kidney failure requiring lifetime administration of dialysis and/or multiple future organ transplants, spinal fracturing, a lacerated spleen, impaired gait, internal knee derangement which will require future surgery, post-traumatic stress disorder, and other physical and psychological injuries as may be proven at trial.

15. T[redacted] H[redacted] has experienced multiple manifestations of persistent physical pain, suffering, disability and bodily disfigurement since February 11, 2025, some of which, in all likelihood, will continue for the long-term foreseeable future, if not the balance of his life.

16. Amanda Arnold has sustained her own measure of separate economic loss arising from her parental responsibility for T[redacted] medical costs, plus her own partial loss of earning capacity as she continues to assist with T[redacted] home needs and nursing care, arranging his medical appointments, and to transporting him to dialysis 3 times per week, in addition to other medical appointments, pharmaceutical expenses and unplanned emergency room visits caused by periodic episodes of uncontrolled hypertension.

## II. <u>SECOND CAUSE OF ACTION: VIOLATION OF SAFETY STATUTE (Federal Railroad Safety Act)</u>

17. Paragraphs 1-16 are incorporated as if restated verbatim.

18. On February 11, 2025, a federal law was in effect known as the Federal Railroad Safety Act (49 U.S.C. §20101, et seq.) ("FRSA"). Among other requirements, FRSA imposed a duty on all railroads operating locomotives approaching and traversing public grade crossings; to sound its horn for 15 to 20 seconds before and during the time such locomotive occupies that grade crossing. 49 C.F.R. §222.21, et seq.

19. FRSA also requires that locomotive horns generate an audible noise signal documented as tested and measured at 96-115 decibels (dba) 100 feet of the front of the

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

locomotive. 49 C.F.R. §229.129(a), et seq. Had the locomotive in question produced a compliant horn signal upon occupying the Lee Road crossing, it would have been plainly audible to T[redacted] H[redacted].

20. Defendants failed to comply with one or more of these mandatory FRSA locomotive horn requirements, which failure constituted a cause in fact, and a proximate cause of the injuries to T[redacted] H[redacted], and a *per se* violation of Defendant's statutory duties, for which liability lies, irrespective of whether Defendant or its employees actually or consciously knew that its acts, omissions or locomotive equipment was in breach of FRSA's requirements.

21. The FRSA was intended to promote all aspects of railroad safety, including the safety of pedestrians such as T[redacted] H[redacted], whose bodily injuries were the type of injuries FRSA regulations were designated to prevent.

## III. DAMAGES

22. As a direct and proximate result of one or more of Defendant's tortious acts as previously described, Defendant's acts or omissions caused, or substantially contributed to cause, the incident of February 11, 2025. Plaintiffs thus sustained damages for which they seek reasonable monetary relief, including the following general and special damages:

a. Fair and just compensation for the physical injuries, disfigurement and disability, past, present and likely to occur in the future, sustained by T[redacted] H[redacted], through his parent and next friend, Amanda Arnold; and

b. Fair and just compensation for past, present, and future mental anguish and the physical pain and suffering sustained by T[redacted] H[redacted], such damages being for the benefit of T[redacted] H[redacted], through his parent and next friend, Amanda Arnold; and

c. For the diminution of the future earning capacity of T[redacted] H[redacted] as may be reasonably likely to occur in the future; and

d. For the reasonable and necessary medical expenses sustained by T[redacted] H[redacted] in an effort to treat his injuries and thereby mitigate the future consequences of those injuries, including these incurred in the past, and those likely to be

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

sustained in the future; all being for the benefit of T[redacted] H[redacted], though his parent and next friend, Amanda Arnold; and

e. For economic loss independently sustained by Amanda Arnold, which are causally related to the incident of February 11, 2025, including the reimbursement of all reasonable and necessary medical, hospital and drug bills paid for the account of T[redacted] H[redacted] and for Amanda Arnold's loss of income in the past and her diminution of future earning capacity, as a result of her need to care for T[redacted] H[redacted] and to assist in his nursing, medical appointments and transportation requirements.

WHEREFORE, Plaintiff's pray for judgment against Defendant for a fair and reasonable sum in excess of Twenty-five Thousand Dollars ($25,000.00) together with prejudgment interest, costs of court incurred, and for such other and further relief as the Court may deem just, equitable or proper.

GROVES POWERS, LLC

*/s/ Steven L. Groves*
Steven L. Groves #40837
Caroline R. Alexander # 76584
505 N. 7th Street, Suite 2010
St. Louis, MO 63101
314-696-2300
314-696-2304 – fax
sgroves@grovespowers.com
calexander@grovespowers.com

and

ROVEN CAMP, PLLC
John D. Roven (Texas Bar No. 17327900)
Kevin M. Camp (Texas Bar No. 24032595)
550 Westcott St., Suite 305
Houston, TX 77007
(713) 465-8522
(713) 465-3658 (fax)
jroven@rovencamp.com
kcamp@rovencamp.com
To Be Admitted Pro Hac Vice
***Attorneys for Plaintiff***

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

AMANDA ARNOLD, individually,
and as custodial parent and next friend of
T[redacted] H[redacted], a minor,

Plaintiffs,

v.

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY d/b/a CANADIAN
PACIFIC KANSAS CITY (CPKC)
Serve Registered Agent:
CT Corporation System
5661 Telegraph Rd. Ste. 4B
Saint Louis, Missouri 63129

Defendant.

Case Number:

**JURY TRIAL DEMANDED**
**Clerk to issue Summons**

## APPLICATION FOR APPOINTMENT OF NEXT FRIEND

COMES NOW Applicant Amanda Arnold who, by and through undersigned counsel, hereby moves this Court for an Order to appoint her as Next Friend on behalf of her minor child T[redacted] H[redacted], pursuant to Missouri Supreme Court Rule 53.02. In support, Amanda Arnold states the following:

1. T[redacted] H[redacted] is a minor under the age of eighteen.

2. Applicant Amanda Arnold is the natural mother of T[redacted] H[redacted].

3. Applicant is over the age of eighteen years and is otherwise qualified to act as Next Friend on behalf of her son.

Applicant consents to act as Next Friend of T[redacted] H[redacted] for the purpose of pursuing a personal injury lawsuit against the Defendant in relation to his injuries arising out of a traumatic incident occurring on February 11, 2025, in Bossier Parish, Louisiana. T[redacted] H[redacted] as a minor over 14 has consented to Amanda Arnold acting as Next Friend.

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

WHEREFORE, Plaintiff respectfully moves the Court to appoint her Next Friend on behalf of T[redacted] H[redacted] for the purpose of representing him in this lawsuit against Defendant.

GROVES POWERS, LLC
*/s/ Steven L. Groves*
Steven L. Groves #40837
Caroline R. Alexander # 76584
505 N. 7th Street, Suite 2010
St. Louis, MO 63101
314-696-2300
314-696-2304 – fax
sgroves@grovespowers.com
calexander@grovespowers.com

26SL-CC06171

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

Amanda Arnold, individually, and as custodial parent and next friend of [redacted], a minor
Plaintiff/Petitioner

Date

Case Number

vs.

Division

The Kansas City Southern Railway Company d/b/a/ Canadian Pacific Kansas City (CPKC)
Defendant/Respondent

# REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Amanda Arnold, indiviually, and a custodial parent and next friend of Titan Hill, a minor, pursuant
Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Larry McDowell, McDowell and Associates, 12213 Big Bend Rd., St. Louis, MO 63122 (314)621-9300
Name of Process Server — Address — Telephone

Clayton Willis, McDowell and Associates, 12213 Big Bend Rd., St. Louis, MO 63122 (314)621-9300
Name of Process Server — Address or in the Alternative — Telephone

Name of Process Server — Address or in the Alternative — Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
The Kansas City Southern Railway Company d/b/a Canadian Pacific Kansas City (CPKC)
Name
R/A CT Corporation, 5661 Telegraph Rd., Ste. 4B
Address
St. Louis, MO 63129
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By
Deputy Clerk

Date

Signature of Attorney/Plaintiff/Petitioner
40837
Bar No.
505 N. 7th Street, Suite 2010, St. Louis, MO 63101
Address
(314) 696-2300 — (314) 696-2304
Phone No. — Fax No.

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

Local Rule 28. SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system. Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

AMANDA ARNOLD, individually,
and as custodial parent and next friend of
T[redacted] H[redacted], a minor,

Plaintiffs,

v.

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY d/b/a CANADIAN
PACIFIC KANSAS CITY (CPKC)
Serve Registered Agent:
CT Corporation System
5661 Telegraph Rd. Ste. 4B
Saint Louis, Missouri 63129

Defendant.

Case Number:

**CONSENT TO ACT AS NEXT FRIEND**

COMES NOW Amanda Arnold, the natural mother, and custodian, of T[redacted] H[redacted] a minor under the age of eighteen (18) years, who also consents to her appointment as Next Friend of T[redacted] H[redacted] Amanda Arnold agrees to institute and prosecute said action as Next Friend on behalf of T[redacted] H[redacted]

Dated: 07/22/2026

Amanda Arnold
Amanda Arnold, Natural Mother of T[redacted] H[redacted], a Minor

Address:
312 Antietam Dr.
Bossier City, LA 71112

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

AMANDA ARNOLD, individually,
and as custodial parent and next friend of
TITAN HILL, a minor,

Plaintiffs,

v.

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY d/b/a CANADIAN
PACIFIC KANSAS CITY (CPKC)
Serve Registered Agent:
CT Corporation System
5661 Telegraph Rd. Ste. 4B
Saint Louis, Missouri 63129

Defendant.

Case Number:

**MINOR'S CONSENT TO APPOINTMENT OF AMANDA ARNOLD AS NEXT FRIEND**

I, T[redacted] H[redacted], a minor aged 17 years, have no legally appointed guardian, consent to the appointment of my mother, Amanda Arnold as Next Friend, for the purpose of instituting and pursuing a lawsuit arising out of the February 11, 2025 incident wherein I sustained injuries

Dated: 07-22-2026

[redacted]
T[redacted] H[redacted]

Address
312 Antietam Dr.
Bossier City, LA 71112

26SL-CC06171

Electronically Filed - St Louis County - September 10, 2026 - 11:10 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

FILED
SEP 17 2026
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

AMANDA ARNOLD, individually,
and as custodial parent and next friend of
T H a minor,

Plaintiffs,

v.

THE KANSAS CITY SOUTHERN RAILWAY COMPANY d/b/a CANADIAN PACIFIC KANSAS CITY (CPKC)
Serve Registered Agent:
CT Corporation System
5661 Telegraph Rd. Ste. 4B
Saint Louis, Missouri 63129

Defendant.

Case Number:

**JURY TRIAL DEMANDED**
**Clerk to issue Summons**

## ORDER APPOINTING NEXT FRIEND

NOW on this 17th day of Sept., 2026, comes Amanda Arnold and files her Application for Appointment of Next Friend for her minor child, T H, for the purpose of pursing a personal injury lawsuit against the Defendant on behalf of the minor child, T H; said Amanda Arnold having filed her Consent to Act as Next Friend and to be responsible for the costs of this action.

IT IS HEREBY ORDERED that Amanda Arnold is hereby appointed Next Friend of T H for the purpose of pursing a personal injury lawsuit against the Defendant on behalf of the minor child, T H

SO ORDERED this 17th day of Sept, 2026.

[signature]
CIRCUIT COURT JUDGE #1

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>BRIAN H. MAY | **Case Number: 26SL-CC06171** | |
|---|---|---|
| Plaintiff/Petitioner:<br>AMANDA ARNOLD<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN LEE GROVES<br>1 US BANK PLAZA<br>505 NORTH 7TH ST.<br>STE. 2010<br>ST LOUIS, MO 63101 | |
| Defendant/Respondent:<br>THE KANSAS CITY SOUTHERN RAILWAY COMPANY<br>DBA: CANADIAN PACIFIC KANSAS CITY (CPKC) | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to: THE KANSAS CITY SOUTHERN RAILWAY COMPANY**
**Alias:**
**DBA: CANADIAN PACIFIC KANSAS CITY (CPKC)**
**CT CORPORATION SYSTEM**
**5661 TELEGRAPH ROAD, STE 4B**
**ST. LOUIS, MO 63129**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

| 22-SEP-2026 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

**Further Information:**
AD


Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ________________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

____________________________________ (name) ________________________ (title).

☐ other: ____________________________________________________________.

Served at ____________________________________________________________ (address)
in ___________________________ (County/City of St. Louis), MO, on ________________ (date)
at ____________ (time).

____________________________________ ____________________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ________________________ (date).

*(Seal)*

My commission expires: ________________ ________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

**OFFICE OF THE CIRCUIT CLERK**
Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

Electronically Filed - ST LOUIS COUNTY - September 25, 2026 - 02:11 PM

# AFFIDAVIT OF SERVICE

| Case: 26SL-CC06171 | Court: 21st Judicial Circuit Court, St. Louis County, Missouri | County: | Job: 16927251 (261995) |
|---|---|---|---|
| Plaintiff / Petitioner: Amanda Arnold | | Defendant / Respondent: The Kansas City Southern Railway Company d/b/a Canadian Pacific Kansas City (CPKC) | |
| Received by: McDowell and Associates | | For: Groves Powers | |
| To be served upon: The Kansas City Southern Railway Company d/b/a Canadian Pacific Kansas City (CPKC) | | | |

I, Clayton Willis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CT Corporation Systems - Registered Agent, Company: 5661 Telegraph Road Ste. 4B, St. Louis, MO 63129

**Manner of Service:** Registered Agent, Sep 23, 2026, 12:21 pm CDT

**Documents:** Summons, Petition, Application for Appointment of Next Friend, Consent of Next Friend Amanda Arnold, Consent of Minor T[redacted] H[redacted] Order Appointing Next Friend

**Additional Comments:**
1) Successful Attempt: Sep 23, 2026, 12:21 pm CDT at Company: 5661 Telegraph Road Ste. 4B, St. Louis, MO 63129 received by CT Corporation Systems - Registered Agent.
Served Tracy Macmann.

9/24/26

Clayton Willis Date

McDowell and Associates
12213 Big Bend Road
Saint Louis, MO 63122
314-621-9300

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

9/24/26 5/17/30

Date Commission Expires

TRACY R COLLINS
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 26899385
My Commission Expires 05-17-2030

Electronically Filed - ST LOUIS COUNTY - September 25, 2026 - 02:11 PM

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRIAN H. MAY | **Case Number: 26SL-CC06171** | |
| Plaintiff/Petitioner:<br>AMANDA ARNOLD<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN LEE GROVES<br>1 US BANK PLAZA<br>505 NORTH 7TH ST.<br>STE. 2010<br>ST LOUIS, MO 63101 | |
| Defendant/Respondent:<br>THE KANSAS CITY SOUTHERN RAILWAY COMPANY<br>DBA: CANADIAN PACIFIC KANSAS CITY (CPKC) | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to: THE KANSAS CITY SOUTHERN RAILWAY COMPANY**
**Alias:**
**DBA: CANADIAN PACIFIC KANSAS CITY (CPKC)**
**CT CORPORATION SYSTEM**
**5661 TELEGRAPH ROAD, STE 4B**
**ST. LOUIS, MO 63129**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

22-SEP-2026
Date

/S/ Adam Dockery
Clerk

**Further Information:**
AD


Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - ST LOUIS COUNTY - September 25, 2026 - 02:11 PM

**Case Number: 26SL-CC06171**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ____________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

Traci MacMann (name) Registered Agent (title).

☐ other: ____________________.

Served at 5661 Telegraph Rd., Ste. 4B, St. Louis, MO 63129 (address)

in St. Louis County (County/City of St. Louis), MO, on 9/23/2026 (date)

at 12:21pm (time).

Clayton Willis
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

TRACY R COLLINS
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 26899385
My Commission Expires 05-17-2030

(Seal)

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/24/26 (date).

My commission expires: 5/17/30
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - ST LOUIS COUNTY - September 25, 2026 - 02:32 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| AMANDA ARNOLD, individually, and as custodial parent and next friend of T[redacted] H[redacted], a minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE KANSAS CITY SOUTHERN RAILWAY COMPANY d/b/a CANADIAN PACIFIC KANSAS CITY (CPKC)<br><br>Defendant. | Case Number: 26SL-CC06171 |

**ENTRY OF APPEARANCE**

Comes now, Caroline Alexander, of the law firm of Groves Powers, LLC and hereby enters her appearance as counsel of record for Plaintiff, Amanda Arnold, individually, and as custodial parent and next friend of T[redacted] H[redacted] a minor, in the above-captioned matter.

GROVES POWERS, LLC

*/s/Caroline R. Alexander*
Caroline R. Alexander, #76584
505 North 7th Street, Suite 2010
St. Louis, MO 63101
314-696-2300
314-696-2304 FAX
*calexander@grovespowers.com*

Electronically Filed - ST LOUIS COUNTY - September 25, 2026 - 02:32 PM

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing was filed electronically and served via the Missouri Courts e-Filing System on this 25th day of September 2026.

*/s/Caroline R. Alexander*